United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO: 20-31973** |
| **CARBO CERAMICS, INC.,** *et al.*, | § § | **CHAPTER 11** |
| Debtors. | § § | |
| **CARBO CERAMICS, INC.,** | § § | |
| Plaintiff, | § § | |
| VS. | § § | **ADVERSARY NO. 21-3031** |
| **BOARD OF TAX ASSESSORS FOR WILKINSON COUNTY GEORGIA,** *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The parties must file a status report no later than 5:00 P.M. on Wednesday, April 26 identifying what issues, if any, remain in this adversary proceeding.

SIGNED 04/12/2023

Marvin Isgur
United States Bankruptcy Judge