IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STRATAGEN, INC., *et al.*[1] | § | Case No. 20-31975 (MI) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |

**FINAL DECREE (I) CLOSING THE OPEN CASE;
AND (II) GRANTING RELATED RELIEF**

Upon the Plan Administrator's *Application for (I) Entry of a Final Decree Closing the Open Case; and (II Granting Related Relief* (the "Application")[2] and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of the Reorganized Debtors, their estates and creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Reorganized Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: CARBO Ceramics Inc. ("CARBO") (0013); StrataGen, Inc. ("StrataGen") (5205); and Asset Guard Products Inc. ("Asset Guard") (6422).

[2] Pursuant to the *Final Decree (I) Closing Certain Chapter 11 Cases; (II) Amendment of the Order Directing Joint Administration of the Chapter 11 Cases; and (II) Granting Related Relief* [Dkt. No. 721] (the "First Final Decree"), *In re StrataGen, Inc.*, Case No. 20-31975 is the "Open Case").

**IT IS HEREBY ORDERED THAT:**

1. The following Open Case is closed in accordance with the provisions of section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, effective as of the date of entry of this Final Decree; *provided* that this Court shall retain jurisdiction of the Case as provided in the Plan and Confirmation Order:

    - StrataGen, Inc., Case No. 20-31975.

2. Entry of this Final Decree is without prejudice to the rights of any party in interest to seek to reopen the Open Case for cause pursuant to section 350(b) of the Bankruptcy Code.

3. Notwithstanding anything to the contrary in this Final Decree, all of the terms and conditions of this Final Decree shall be immediately effective and enforceable. The Plan Administrator, the Reorganized Debtors and their respective agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Application.

4. This Final Decree shall not modify, or be deemed to modify, any order of this Court previously entered in the Cases.

5. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree.

Signed: August 22, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

4857-3726-2449.3